NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE THOMAS STEED, SOURAV BHATTACHARYA AND SANDEEP SESHADRIJOIS,**
*Appellants.*

———————————

2014-1458

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 10/819,600.

———————————

**ON MOTION**

———————————

**O R D E R**

The appellants move for a 60-day extension of time, until July 28, 2014, to file their opening brief.

The motion is signed only by Sourav Bhattacharya. Because Bhattacharya may not represent the other appellants as a pro se appellant, future submissions on behalf of the appellants must be signed by all appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                         IN RE STEED

                                  FOR THE COURT

                                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

s21